**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                  No. C 14-80166 WHA

In the Matter of Michael Anthony Rivera -        **ORDER RE SUSPENSION**
#136931

_____/

     In June 2014, Michael Anthony Rivera was ordered to show cause why he should not be suspended in light of his sixty-day suspension by the Supreme Court of California, effective May 11, 2014.  On July 14, Mr. Rivera filed a declaration stating that the "period of actual suspension is therefore scheduled to expire on or about July 11, 2014" and that he has "not practiced law" or "filed any pleadings or appeared in any Court" since the suspension. On July 15, Mr. Rivera filed a declaration stating that his license to practice law in California was reinstated to active status on July 10, 2014.  The Clerk shall **CLOSE THE FILE**.

     **IT IS SO ORDERED.**

Dated:   July 22, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE